IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLYE POSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00416-P |
| | § | |
| NATIONAL CAR CURE, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant National Car Cure, LLC's Motion to Dismiss. ECF No. 9. Having considered the Motion, the Court finds that it should be and hereby is **DENIED**.

**SO ORDERED** on this **14th day** of **May, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE