IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLYE POSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00416-P |
| | § | |
| NATIONAL CAR CURE, LLC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Plaintiff filed the instant civil action on March 9, 2021 (ECF No. 1), and on May 13, 2021, Defendant National Car Cure, LLC filed a Motion to Dismiss. ECF No. 9. Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside in this district or maintain their principal office in this district. N.D. TEX. L. CIV. R. 83.10(a). "Local counsel" means a member of the bar of this court who resides or maintain their principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the Fort Worth Division. *Id.*; *see United States v. Thomas*, No. 4:13-CV-688-A, 2013 WL 11332537, at *1–2 (N.D. Tex. Sept. 5, 2013) (McBryde, J.) (holding that Local Rule 83.10(a) required Austin-based attorney to designate local counsel).

A review of the record reveals that Defendant is not in compliance with Local Rule 83.10(a). Accordingly, it is **ORDERED** that Defendant shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a) **on or before May 28,**

**2021**.  Failure to do so shall result in the imposition of sanctions and/or the striking and unfiling of Defendant's pleadings without further notice.

**SO ORDERED** on this **14th day** of **May, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE