IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KELLYE POSTON,** | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:21-cv-00416-P** |
| | § | |
| **NATIONAL CAR CURE, LLC,** | § | |
| | § | |
| *Defendant*. | § | |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that the following hereby enters an appearance as counsel of record on behalf of National Car Cure, LLC:

**WALKER STEVEN YOUNG**
**SCHEEF & STONE, L.L.P.**
**2600 Network Blvd., Suite 400**
**Frisco, Texas 75034**
**Phone: (214) 472-2100**
**Fax: (214) 472-2150**
**walker.young@solidcounsel.com**

Respectfully submitted,

By: */s/ Walker Steven Young*
**T. CHASE GARRETT**
Texas Bar No. 24069764
chase.garrett@solidcounsel.com
**WALKER STEVEN YOUNG**
Texas Bar No. 2410267624101670
walker.young@solidcounsel.com
**SCHEEF & STONE, L.L.P.**
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Telephone
(214) 472-2150 Facsimile
***ATTORNEYS FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

On May 14, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Walker Steven Young*
**WALKER STEVEN YOUNG**